1
2
3
4
5
6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                AT SEATTLE

8  BRUCE LEWIS,

9              Plaintiff,                Case No. C17-1916-JLR

10      v.                               ORDER OF DISMISSAL

11  CITY OF AUBURN, et al.,

12             Defendants.

13

14      Having reviewed the Report and Recommendation of the Honorable James P. Donohue,

15  United States Magistrate Judge, any objections or responses to that, and the remaining record,

16  the Court finds and ORDERS:

17      (1)    The Court ADOPTS the Report and Recommendation.

18      (2)    Plaintiff's complaint and this action are DISMISSED with prejudice and without

19  leave to amend.

20      (3)    Because plaintiff fails to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), **the**

21  **dismissal shall count as a STRIKE under 28 U.S.C. § 1915(g)** (prisoner may not proceed *in*

22  *forma pauperis* if prisoner has, on three or more prior occasions while incarcerated, brought an

23

ORDER OF DISMISSAL - 1

action or appeal that was dismissed a frivolous, malicious, or for failure to state a claim, unless the prisoner is under imminent danger of serious physical injury).

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

Dated this 4th day of May, 2018.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2